EDWARD H. KUBO, JR #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Violent Crimes Section

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2004

at 2 o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN P. WILKERSON,<br><br>Defendant. | CR. NO. CR04-00087 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 922(g)(1),<br>18 U.S.C. § 922(g)(3), &<br>18 U.S.C. § 922(g)(9)] |

INDICTMENT

Count 1

The Grand Jury charges:

On or about March 28, 2003 in the District of Hawaii, the defendant JOHN P. WILKERSON, being a person who had been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, that is: a .22 caliber revolver and 2 rounds of Winchester .22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 2

The Grand Jury further charges;

On or about March 28, 2003, in the District of Hawaii, Defendant JOHN P. WILKERSON, then being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm and ammunition, that is a .22 caliber revolver and 2 rounds of Winchester .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(3).

Count 3

On or about March 25, 2003, in the District of Hawaii, the defendant, JOHN P. WILKERSON, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm and ammunition, that is a .22 caliber revolver and 2 rounds of Winchester .22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: February 25, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. John P. Wilkerson
"Indictment"